IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                    Case No. 4:22-cr-40001-9

MICHAEL LANSDELL                                                                                       DEFENDANT

## ORDER

Defendant Michael Lansdell has filed an Unopposed Motion to Continue. ECF No. 143. Defendant moves the Court for a continuance of the trial currently scheduled to commence on June 21, 2022. Upon review, the Court finds that the ends of justice served by the granting of the continuance outweighs the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Otherwise, Defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161 (h)(7)(B)(iv).

The trial of this matter is hereby continued as to all Defendants and will commence at 9:00 a.m. on December 5, 2022, at the United States Courthouse, Texarkana, Arkansas. Counsel shall adjust all remaining deadlines accordingly. The time between the trial date of June 21, 2022, and the new trial date of December 5, 2022, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(1) and 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**, this 26th day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge